IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GEORGE VICTOR STOKES,            )
                                 )
        Plaintiff,                )
                                 )
v.                               )        1:11CV801
                                 )
KRISTY NEWTON, et al.,           )
                                 )
        Defendant(s).             )

# O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 13, 2011, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint [Docket No. 2] and amended complaint [Docket No. 5] be, and the same are, hereby **DISMISSED** for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against defendants who are immune from such relief pursuant to as 28 U.S.C. § 1915A. A Judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

Date: January 31, 2012